**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.instagram.com/p/C3J9SlJuqz4/?img_index=5



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://www.facebook.com/photo?fbid=785183720295047&set=pcb.785183793628373

